## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VISHAL SHAH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YOUNG LEE GROUP, LLC<br><br>Defendant. | Case No. 1:25-cv-06904<br><br>**CLASS ACTION COMPLAINT** |

## NOTICE OF APPEARANCE

Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.

Dated: June 24, 2025

PLAINTIFF, on behalf of herself and others similarly situated,

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100