# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| **Vishal Shah** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-06904 |
| ) | |
| **Young Lee Group, LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Paul Winston, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Young Lee Group, LLC in Lake County, IL on July 1, 2025 at 11:16 am at 1020 Milwaukee Ave, Ste 250, Deerfield, IL 60015-3560 by leaving the following documents with Young Lee who as Registered Agent is authorized by appointment or by law to receive service of process for Young Lee Group, LLC.

Summons and Complaint

Asian Female, est. age 55-64, glasses: Y, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.165537184,-87.9213875138
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Cook County   ,

   IL    on    7/2/2025   .

*/s/ Paul Winston*

Signature
Paul Winston
+1 (847) 404-0427
Proof Illinois LLC
No. 117.001863



Exhibit 1a)