# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division


Vishal Shah

                              Plaintiff,

v.                                                          Case No.: 1:25–cv–06904
                                                            Honorable Edmond E. Chang

Young Lee Group, LLC

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 29, 2025:


        MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's unopposed extension motion for the Defendant to respond to the complaint [8] is granted to 08/28/2025, in light of the settlement discussions. The tracking status hearing of 08/08/2025 is reset to 09/05/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file the joint initial status report, R. 6–1, by 08/28/2025. Emailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.