**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Vishal Shah

                Plaintiff,

v.                                        Case No.: 1:25−cv−06904
                                                 Honorable Edmond E. Chang

Young Lee Group, LLC

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: The parties did not file the status report as required by the order of 07/29/2025. R. 9. The joint initial status report shall be filed by 09/09/2025 or else the case will be dismissed for lack of prosecution. The tracking status hearing of 09/05/2025 is reset to 09/12/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.