IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VISHAL SHAH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YOUNG LEE GROUP, LLC<br><br>Defendant. | Case No. 1:25-cv-06904 |

## Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within thirty days. The parties further apologize for their oversight in filing this Notice which led to them missing the status report deadline.

Dated: September 4, 2025              PLAINTIFF, on behalf of herself
                                      and others similarly situated,


                                      */s/ Anthony Paronich*
                                      Anthony Paronich
                                      Email: anthony@paronichlaw.com
                                      PARONICH LAW, P.C.
                                      350 Lincoln Street, Suite 2400
                                      Hingham, MA 02043
                                      Telephone: (617) 485-0018
                                      Facsimile: (508) 318-8100