**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Vishal Shah

                    Plaintiff,

v.                                          Case No.: 1:25−cv−06904
                                            Honorable Edmond E. Chang

Young Lee Group, LLC

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 8, 2025:

        MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the notice of
settlement, R. 11, and to avoid unnecessary status hearings and to provide time to
exchange consideration, the case is dismissed without prejudice and with full leave to
reinstate via motion filed by 10/17/2025. If no motion to reinstate is filed by that date,
then the dismissal will automatically convert to a dismissal with prejudice, without further
action by the Court. Status hearing of 09/12/2025 is vacated. Civil case terminated.
Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.